IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD SELIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv310-MHT |
| | ) | (WO) |
| MICHAEL MUKASEY, | ) | |
| U.S. Attorney General, | ) | |
| RODOLFO LARA, | ) | |
| Field Office Director, | ) | |
| USCIS Atlanta, | ) | |
| EMILIO GONZALEZ, | ) | |
| USCIS Director, and | ) | |
| MICHAEL CHERTOFF, | ) | |
| DHS Secretary, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

In this case, plaintiff requests a writ of mandamus compelling the defendants to adjudicate immediately his application to register permanent residence or adjust his status.  This case is now before the court on defendants' motion to dismiss and plaintiff's notice that he has no objection to the dismissal.  Accordingly, the motion will be granted, and this case dismissed.

An appropriate judgment will be entered.

DONE, this the 20th day of June, 2008.


                                   /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE