**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
MOHAMMAD SELIM,                    )
                                   )
    Plaintiff,                     )
                                   )     CIVIL ACTION NO.
    v.                             )       2:08cv310-MHT
                                   )           (WO)
MICHAEL MUKASEY,                   )
U.S. Attorney General,             )
RODOLFO LARA,                      )
Field Office Director,             )
USCIS Atlanta,                     )
EMILIO GONZALEZ,                   )
USCIS Director, and                )
MICHAEL CHERTOFF,                  )
DHS Secretary,                     )
                                   )
    Defendants.                    )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Defendants' motion to dismiss (doc. no. 10) is granted.

(2) This cause is dismissed in its entirety without prejudice for lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of June, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE